**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS TELLEZ, | ) Case No. CV 16-3217-JFW (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| SUSAN PIDO, M.D., et al., | ) |
| Defendants. | ) |

Under the Order Dismissing Complaint for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 20, 2017      _____
                            JOHN F. WALTER
                            U.S. DISTRICT JUDGE